

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00089-CV

| | | |
|---|---|---|
| ROBERT S. JOHNSON, Appellant | § | On Appeal from the 352nd District Court |
| v. | § | of Tarrant County (352-304980-18) |
| JEFF WILLIAMS, MAYOR; THE CITY OF ARLINGTON, TEXAS; ZACK MAXWELL; AND FAITH BUSSEY, Appellees | § | November 27, 2019 |
| | § | Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to vacate the portion of the trial court's judgment that granted summary judgment against Robert S. Johnson. It is ordered that the judgment of the trial court is affirmed as modified.

It is further ordered that Appellant Robert S. Johnson shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
      Justice Wade Birdwell